**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Watersheds Project, et al., | No. CV-20-00149-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Anthony Scott Feldhausen, et al., | |
| Defendants. | |

Pending before the Court is Hereford Natural Resources Conservation District's (District) Motion for Leave to File an Amicus Brief in Support of the Bureau of Land Management. (Doc. 27.) Defendants filed a response indicating they take no position on the motion. (Doc. 29.) Plaintiffs filed an Opposition to the motion. (Doc. 30.) For the reasons that follow, the Court will deny the motion.

District courts have discretion to permit or deny the filing of an amicus brief. *See Dible v. City of Chandler*, 2004 WL 7336848, *1 (D. Ariz. Dec. 23, 2004); *see also Mobile Cnty. Water, Sewer & Fire Prot. Auth., Inc. v. Mobile Area Water & Sewer Sys., Inc.*, 567 F. Supp. 2d 1342, 1344 (S.D. Ala. 2008) ("District courts have inherent authority to appoint or deny amici which is derived from Rule 29 of the Federal Rules of Appellate Procedure."). An amicus curiae's role is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that has escaped consideration. *MillerWohl Co., Inc. v. Comm'r of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982).

In light of the role of an amicus curiae and the posture of this case, the Court will deny the motion. In the proposed amicus brief, the District disputes allegations in Plaintiffs' complaint and discusses the positive impacts of BLM's challenged decision. However, the Court cannot ascertain whether the District's contentions supplement the efforts of counsel or draw the Court's attention to law that has escaped consideration, as the administrative record had not been finalized and the parties have not filed dispositive motions at this time. The District may refile its motion after BLM has filed its initial dispositive brief (motion or response) in this case, so long as the motion complies with applicable laws and rules, including Rule 29, Fed. R. App. P. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File an Amicus Brief in Support of the Bureau of Land Management (Doc. 27) is **DENIED**.

Dated this 29th day of November, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge